**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc.,
dba AcctCorp of Southern Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA T. AGHABI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. dba ACCTCORP OF SOUTHERN NEVADA, a Nevada Corporation, and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation.<br><br>Defendants. | Case Number:<br>2:18-cv-02348-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DEFENDANT RICHLAND HOLDINGS, INC., DBA ACCTCORP OF SOUTHERN NEVADA, TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp"), by and through its counsel of record, the law firm of Marquis Aurbach Coffing, and Plaintiff Amanda T. Aghabi ("Aghabi"), by and through her counsel of record, the law firm of Cogburn Law Offices, hereby stipulate and agree as follows:

1. On December 11, 2018, Aghabi filed her complaint [ECF No.1];

2. The complaint and summons were served upon AcctCorp on December 17, 2018 [ECF No. 3];

3. The response to the complaint is currently due on January 7, 2019; and

4. The parties have agreed to extend the deadline for AcctCorp to respond to the complaint to January 28, 2019, due to the recent holidays and to provide AcctCorp's counsel additional time to investigate the underlying facts.

IT IS SO STIPULATED.

Dated this 3rd day of January, 2019.

MARQUIS AURBACH COFFING

   */s/ Chad F. Clement*
By: Terry A. Coffing, Esq.
Nevada Bar No. 4949
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc., dba AcctCorp of Southern Nevada*

Dated this 3rd day of January, 2019.

COBURN LAW OFFICES

   */s/ Erik W. Fox*
By: James S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2850 St. Rose Parkway, Suite 330
Henderson, NV 89074
jsc@cogburnlaw.com
efox@cogburnlaw.com
*Attorneys for Plaintiff Amanda T. Aghabi*

## **ORDER**

Based on the forgoing stipulation and good cause appearing,

**IT IS SO ORDERED** that AcctCorp's deadline to respond to the complaint is extended to January 28, 2019.

DATED this  4 day of January, 2019.

                            U.S. MAGISTRATE JUDGE

Page 2 of 2
MAC:14665-013 3612862_1.docx 1/3/2019 8:50 AM