# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMANDA T. AGHABI,<br><br>            Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendant. | Case No. 2:18-cv-02348-RFB-CWH<br><br>**ORDER** |

On April 29, 2019, plaintiff notified the court of a settlement with defendant Experian Information Solutions, Inc. (Notice (ECF No. 21).) The court then ordered the parties to file a stipulated dismissal or joint status report by June 30, 2019. (Min. Order (ECF No. 22).) To date, the parties have not submitted a stipulated dismissal nor a joint status report.

IT IS THEREFORE ORDERED that the parties must file a stipulated dismissal or joint status report within 30 days from the date of this order. Failure to comply with this order will result in the issuance of an order to show cause.

DATED: July 29, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE